**Order entered August 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00510-CR

**SHATTO BREONLEE COLEMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-80528-2013**

## ORDER

The Court **REINSTATES** the appeal.

On August 6, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant appeared at the hearing; (2) appellant indicated that he would like to pursue the appeal, but could not afford an attorney; (3) the trial court allowed appellant to apply for court-appointed counsel with the Collin County Indigent Defense Office; (4) after appellant completed an Indigency Flow Sheet, he was found to not be indigent; and (5) when appellant learned he was no indigent, he stated he would abandon the appeal.

We **ORDER** the appeal submitted without briefs as of September 2, 2014 to a panel consisting of Justices Bridges, Lang, and Evans. *See* Tex. R. App. P. 38.8(b)(4).

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Shatto Coleman, 3009 Misty Way, Wylie, Texas 75908.

We **DIRECT** the Clerk to send a copy of the order, by electronic transmission, to the Collin County District Attorney's Office.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE